**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 05-6047**

─────────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

LARRY CHAPMAN,

                                        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., District Judge.  (CR-99-209)

─────────────

Submitted:  May 19, 2005                 Decided:  May 25, 2005

─────────────

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Larry Chapman, Appellant Pro Se.  Kevin Frank McDonald, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, W. Walter Wilkins, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry Chapman appeals the district court's order denying his motion for production of documents. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm on the reasoning of the district court.[*] See United States v. Chapman, No. CR-99-209 (D.S.C. Oct. 29, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]We decline to address the issue with respect to United States v. Booker, 125 S. Ct. 738 (2005), as Chapman raises it for the first time in his informal brief and it is inapplicable to his case.